IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01236-PAB-STV

JOSEPH HAMILTON,

Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,

Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Joseph Hamilton and Defendant Liberty Insurance Corporation (collectively, the "Parties"), by and through their undersigned counsel of record, hereby submit this Joint Stipulation for Dismissal with Prejudice, as follows:

1. The Parties have reached a settlement of the above-captioned case and stipulate to the dismissal of this action, with prejudice.

2. A proposed Order is filed herewith for the Court's convenience.

WHEREFORE, Plaintiff Joseph Hamilton and Defendant Liberty Insurance Corporation hereby request that this Court enter an order of dismissal, with prejudice, each party to pay his/its own fees and costs.

Respectfully submitted this 15th day of November, 2018.

| GALLOWAY TRIGG, LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| *s/ Robert N. Trigg* | *s/ Lyndsay K. Arundel* |
| Robert N. Trigg, Esq. | Lyndsay K. Arundel, Esq. |
| 1873 S. Bellaire Street, Suite 1200 | 1200 17th Street, Suite 3000 |
| Denver, CO 8022 | Denver, CO 80202 |
| Phone: 303-226-4759 | Phone: (303) 623-9000 |
| E-mail: bob@gtinjurylaw.com | Fax: (303) 623-9222 |
| | E-mail: larundel@lrrc.com |
| *Attorneys for Plaintiff Joseph Hamilton* | *Attorneys for Defendant Liberty Insurance Corporation* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2018, a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed via the CM/ECF System and was served upon the following:

Robert N. Trigg, Esq.
Galloway Trigg, LLP
1873 S. Bellaire Street, Suite 1200
Denver, CO 8022
Phone:  303-226-4759
E-mail:  bob@gtinjurylaw.com

*Attorneys for Plaintiff Joseph Hamilton*


                                          *s/ Lyndsay K. Arundel*
                                          Lyndsay K. Arundel, Esq.

3